**FILED**
Feb 16 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ andreas  DEPUTY

~~SEALED~~

Ordered Unsealed on 3/6/23 -jmo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '23 CR0270 BAS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(C) – Distribution of Fentanyl Resulting in Death; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Fentanyl; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| JESSE JAKOB SANDERS, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about January 2, 2022, within the Southern District of California, defendant JESSE JAKOB SANDERS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, which resulted in the death of another person, to wit: Z.S.M.; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

//

//

PNW:cms:San Diego:2/15/23

Count 2

On or about January 2, 2022, within the Southern District of California, defendant JESSE JAKOB SANDERS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JESSE JACOB SANDERS, shall forfeit to the United States all their rights, title, and interest in any and all property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

//

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of Defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: February 16, 2023.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Phillip N. Walters
PHILLIP N. WALTERS
Special Asst. U.S. Attorney

3